DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3807

[March 19, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 14-6534CF10A.

Terrence Thomas, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***